# Exhibit 1



US007849619B2

(12) **United States Patent** (10) **Patent No.: US 7,849,619 B2**

Mosher, Jr. et al. (45) **Date of Patent: Dec. 14, 2010**

(54) **ENHANCED IDENTIFICATION APPLIANCE FOR VERIFYING AND AUTHENTICATING THE BEARER THROUGH BIOMETRIC DATA**

(76) Inventors: **Walter W. Mosher, Jr.**, 7623 Southby Dr., West Hills, CA (US) 91304; **Michael L. Beigel**, 308 Via Julita, Encintas, CA (US) 92024; **H. Clark Bell**, 21111 Tulsa St., Chatsworth, CA (US) 91311-1456; **John Randall Tuttle**, 4084 Eleuthera Ct., Boulder, CO (US) 80301; **Oswaldo Penuela**, 28454 N. Rock Canyon Pl., Santa Clarita, CA (US) 91350; **Samuel D. Y. Marcus**, 301 Oceanview Ave., Encinitas, CA (US) 92024; **David E. Wang**, 21 Lyon, Newport Beach, CA (US) 92657

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 767 days.

(21) Appl. No.: **11/060,033**

(22) Filed: **Feb. 16, 2005**

(65) **Prior Publication Data**

US 2007/0017136 A1 Jan. 25, 2007

(51) **Int. Cl.**
*A44C 5/00* (2006.01)
(52) **U.S. Cl.** ........................................ **40/633**
(58) **Field of Classification Search** .................. 40/633;
340/573.1, 539.12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,337,722 | A |   | 4/1920 | Porter |
|---|---|---|---|---|
| 1,407,239 | A |   | 2/1922 | Weiss |
| 3,197,899 | A |   | 8/1965 | Twentier |
| 4,154,011 | A |   | 5/1979 | Rakestraw et al. .......... 40/21 C |
| 4,157,540 | A | * | 6/1979 | Oros ..................... 340/539.11 |

| 4,328,978 | A |   | 5/1982 | McLaughlin |
|---|---|---|---|---|
| 4,455,083 | A |   | 6/1984 | Elmes |
| 4,582,985 | A |   | 4/1986 | Lofberg |
| 4,682,431 | A |   | 7/1987 | Kowalchuk |
| 4,835,372 | A |   | 5/1989 | Gombrich et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

DE 102004018002 A1 11/2005

(Continued)

OTHER PUBLICATIONS

Examination Report dated Oct. 14, 2008, Appln. No. 03707507.4, filed Jan. 22, 2003.

(Continued)

*Primary Examiner*—Gary C Hoge
(74) *Attorney, Agent, or Firm*—Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

An enhanced identification appliance, such as a wristband, bracelet, patch, headband, neckband, ankleband, legband, card, sticker, or other wearable appliance, may have a biometric, chemical, optical, heat, pressure, humidity, electromagnetic, and/or acoustic sensor, various opto-electronics and/or various security features such as tamper-evident and tamper-resistant features. The sensors may obtain wearer-related information such as a fingerprint, retina, iris, blood, DNA, genetic data, voice pattern, temperature and other characteristic. Security features include a fastener on the identification appliance, which indicates whether the appliance has been attached to a wearer and if so, enables circuit functions. If one tampers with the appliance, circuit functions may be disabled, certain data erased, and/or evidence of tampering made apparent. The appliance may monitor the location or determine the identity of vehicle passengers for an airplane, train, boat, bus, etc. Alternatively, the identification band may contain a person's immigration status.

**15 Claims, 15 Drawing Sheets**



**US 7,849,619 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,857,716 A | 8/1989 | Gombrich et al. | |
| 4,862,436 A | 8/1989 | Harilela | |
| 4,882,861 A | 11/1989 | Holmes et al. | |
| 4,910,499 A | 3/1990 | Benge et al. | |
| 4,973,944 A * | 11/1990 | Maletta | 340/568.1 |
| 4,991,337 A | 2/1991 | Solon | |
| 4,993,068 A | 2/1991 | Piosenka et al. | |
| 5,026,084 A | 6/1991 | Pasfield | |
| 5,128,686 A | 7/1992 | Tan et al. | |
| 5,145,211 A | 9/1992 | McKillip | |
| 5,206,897 A | 4/1993 | Goudreau et al. | |
| 5,259,540 A | 11/1993 | Kocznar et al. | 224/219 |
| 5,311,689 A | 5/1994 | Lindsey | |
| 5,395,667 A | 3/1995 | Ohno et al. | |
| 5,411,294 A | 5/1995 | Diemert | |
| 5,423,574 A | 6/1995 | Forte-Pathroff | 283/75 |
| 5,448,846 A | 9/1995 | Peterson et al. | |
| 5,450,091 A | 9/1995 | Hama | |
| 5,457,906 A | 10/1995 | Mosher, Jr. | 40/633 |
| 5,479,797 A | 1/1996 | Peterson | 63/3 |
| 5,493,805 A | 2/1996 | Pennuela et al. | 40/633 |
| 5,581,924 A | 12/1996 | Peterson | 40/633 |
| 5,609,716 A | 3/1997 | Mosher, Jr. | |
| 5,719,828 A | 2/1998 | Haas et al. | 368/327 |
| 5,742,233 A | 4/1998 | Hoffman et al. | 340/573 |
| 5,748,148 A | 5/1998 | Heiser et al. | |
| 5,767,496 A | 6/1998 | Swartz et al. | |
| 5,770,843 A | 6/1998 | Rose et al. | |
| 5,770,849 A | 6/1998 | Novis et al. | |
| 5,785,354 A | 7/1998 | Haas | 283/74 |
| 5,790,674 A | 8/1998 | Houvener et al. | |
| 5,799,426 A | 9/1998 | Peterson | |
| 5,802,199 A | 9/1998 | Pare et al. | |
| 5,818,955 A | 10/1998 | Smithies et al. | 382/115 |
| 5,833,273 A | 11/1998 | Strenk et al. | |
| 5,842,722 A | 12/1998 | Carlson | 283/107 |
| 5,844,244 A | 12/1998 | Graf et al. | 235/375 |
| 5,852,590 A | 12/1998 | De La Huerga | |
| 5,854,117 A | 12/1998 | Huisman et al. | 438/379 |
| 5,862,101 A | 1/1999 | Haas et al. | 368/327 |
| 5,875,719 A | 3/1999 | Francis | |
| 5,877,675 A | 3/1999 | Rebstock et al. | |
| 5,877,742 A * | 3/1999 | Klink | 345/685 |
| 5,883,576 A * | 3/1999 | De La Huerga | 340/573.1 |
| 5,889,489 A | 3/1999 | Friedman et al. | 342/51 |
| 5,903,246 A | 5/1999 | Dingwall | 345/82 |
| 5,905,461 A | 5/1999 | Neher | |
| 5,915,187 A | 6/1999 | Huisman et al. | 438/379 |
| 5,920,053 A | 7/1999 | Debrouse | |
| 5,952,641 A | 9/1999 | Korshun | |
| 5,960,085 A | 9/1999 | De La Huerga | |
| 5,973,598 A | 10/1999 | Beigel | 340/572.1 |
| 5,973,600 A | 10/1999 | Mosher, Jr. | 340/572.8 |
| 5,978,493 A | 11/1999 | Kravitz et al. | 382/115 |
| 5,995,048 A | 11/1999 | Smithgall et al. | 343/700 |
| 6,014,080 A | 1/2000 | Layson, Jr. | |
| 6,037,718 A | 3/2000 | Nagami | 315/169.3 |
| 6,045,652 A | 4/2000 | Tuttle et al. | 156/292 |
| 6,054,760 A | 4/2000 | Martinez-Tovar et al. | 257/692 |
| 6,055,756 A * | 5/2000 | Aoki | 40/633 |
| 6,058,637 A | 5/2000 | Duncan | |
| 6,064,751 A | 5/2000 | Smithies et al. | 382/115 |
| 6,068,192 A | 5/2000 | McCabe et al. | 235/487 |
| 6,069,969 A | 5/2000 | Keagy et al. | |
| 6,087,196 A | 7/2000 | Sturm et al. | 438/29 |
| RE36,843 E | 8/2000 | Lake et al. | 429/124 |
| 6,100,804 A | 8/2000 | Brady et al. | 340/572.7 |
| 6,104,295 A * | 8/2000 | Gaisser et al. | 340/573.4 |
| 6,111,549 A | 8/2000 | Feller | 343/795 |
| 6,118,379 A | 9/2000 | Kodukula et al. | 340/572.8 |
| 6,121,544 A | 9/2000 | Petsinger | 174/35 R |
| 6,122,494 A | 9/2000 | Tuttle | 455/193.1 |
| 6,127,977 A | 10/2000 | Cohen | 343/700 MS |
| 6,139,495 A | 10/2000 | De La Huerga | |
| 6,142,368 A | 11/2000 | Mullins et al. | 235/375 |
| 6,147,655 A | 11/2000 | Roesner | 343/741 |
| 6,177,859 B1 | 1/2001 | Tuttle et al. | 340/10.1 |
| 6,181,287 B1 | 1/2001 | Beigel | 343/741 |
| 6,189,783 B1 | 2/2001 | Motomiya et al. | 235/375 |
| 6,194,119 B1 | 2/2001 | Wolk et al. | 430/200 |
| 6,215,402 B1 | 4/2001 | Rao Kodukula et al. | 340/572.8 |
| 6,219,439 B1 | 4/2001 | Burger | 382/115 |
| 6,223,559 B1 * | 5/2001 | Coleman | 63/1.13 |
| 6,229,445 B1 | 5/2001 | Wack | 340/572.7 |
| 6,255,951 B1 | 7/2001 | De La Huerga | |
| 6,259,654 B1 | 7/2001 | De La Huerga | |
| 6,265,978 B1 | 7/2001 | Atlas | 340/575 |
| 6,280,544 B1 | 8/2001 | Fox et al. | |
| 6,325,285 B1 | 12/2001 | Baratelli | |
| 6,327,573 B1 | 12/2001 | Walker et al. | |
| 6,346,886 B1 | 2/2002 | De La Huerga | |
| 6,388,612 B1 | 5/2002 | Neher | |
| 6,414,543 B1 | 7/2002 | Beigel et al. | |
| 6,490,365 B2 | 12/2002 | Horiguchi et al. | |
| 6,577,751 B2 | 6/2003 | Yamamoto | |
| 6,611,206 B2 | 8/2003 | Eshelman et al. | |
| 6,613,179 B1 | 9/2003 | McCoy et al. | |
| 6,636,973 B1 | 10/2003 | Novoa et al. | |
| 6,655,585 B2 | 12/2003 | Shinn | |
| 6,721,706 B1 | 4/2004 | Strubbe et al. | |
| 7,204,425 B2 | 4/2007 | Mosher et al. | |
| 7,316,358 B2 | 1/2008 | Mosher et al. | |
| 6,871,287 B1 | 3/2009 | Ellingson | |
| 6,421,453 B1 | 7/2009 | Kanevsky et al. | |
| 2001/0020935 A1 | 9/2001 | Gelbman | 345/173 |
| 2001/0026240 A1 | 10/2001 | Neher | 342/357.07 |
| 2002/0084890 A1* | 7/2002 | De La Huerga | 340/573.1 |
| 2002/0092220 A1* | 7/2002 | Mitchell | 40/633 |
| 2003/0030595 A1 * | 2/2003 | Radley-Smith | 345/1.3 |
| 2003/0075597 A1* | 4/2003 | Mackay et al. | 235/379 |
| 2004/0080419 A1* | 4/2004 | Martin et al. | 340/573.1 |
| 2005/0168340 A1 | 8/2005 | Mosher et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0295985 A | 12/1988 |
| EP | 0 777 171 A1 | 4/1997 |
| EP | 0851377 A1 | 7/1998 |
| EP | 0940763 A1 | 9/1999 |
| EP | 1033687 A2 | 9/2000 |
| EP | 1083527 | 3/2001 |
| JP | 2000-200315 A | 7/2000 |
| WO | WO 94/11190 | 5/1994 |
| WO | WO96/04593 A1 | 2/1996 |
| WO | WO98/12670 A1 | 3/1998 |
| WO | WO98/23081 A1 | 5/1998 |
| WO | WO98/35393 A1 | 8/1998 |
| WO | WO99/09512 A1 | 2/1999 |
| WO | WO99/52422 A1 | 10/1999 |
| WO | WO99/56250 A1 | 11/1999 |
| WO | WO00/13588 A1 | 3/2000 |
| WO | WO00/16189 A1 | 3/2000 |
| WO | WO00/36566 A1 | 6/2000 |
| WO | WO01/17320 A1 | 3/2001 |
| WO | WO01/20538 A2 | 3/2001 |
| WO | WO01/26068 A1 | 4/2001 |
| WO | WO0126335 A2 | 4/2001 |
| WO | WO0127868 A1 | 4/2001 |
| WO | WO0137004 A1 | 5/2001 |
| WO | WO0139103 A1 | 5/2001 |
| WO | WO0141116 A1 | 6/2001 |
| WO | WO0146916 A2 | 6/2001 |
| WO | WO0154074 A1 | 7/2001 |
| WO | WO 01/61644 | 8/2001 |

**US 7,849,619 B2**

Page 3

WO          WO 03/081515  A1     10/2003

OTHER PUBLICATIONS

Examination Report dated Nov. 14, 2008, Appln. No. 03707507.4, filed Jan. 22, 2003.
Supplemental Search Report for Appln. No. 03707507.4, filed Jan. 22, 2003.

International Search Report for PCT/US03/02123, filed Jan. 22, 2003.
Wolf Blitzer, "Trusted Traveler' ID Cards?," CNN Wolf Bitzer Reports, available on Jan. 22, 2002.
Examination Report dated May 28, 2010, U.S. Appl. No. 03707507.4, filed Jan. 22, 2003.
Translation of Decision of Refusal (Office Action) issued Mar. 12, 2010 in Japanese Patent Application 2003-579160.

* cited by examiner



### FIG. 1
(PRIOR ART)



### FIG. 2



### FIG. 3



### FIG. 4



FIG. 5

FIG. 6

FIG. 7

FIG. 8



FIG.  9



FIG.  10



FIG.  11



FIG. 12

FIG. 13

FIG. 14



FIG. 15

FIG. 16

FIG. 17

FIG. 18



FIG. 19

FIG. 20

FIG. 21



*FIG. 22*

*FIG. 23*

*FIG. 24*



FIG. 25

FIG. 26A

FIG. 26B



FIG. 27A

FIG. 27B

FIG. 28

FIG. 29



FIG. 30

FIG. 31

FIG. 32



FIG. 33A

FIG. 33B

FIG. 33C



*FIG. 34A*

*FIG. 34B*

*FIG. 34C*



FIG. 35

FIG. 36



*FIG.  37*



FIG. 38

US 7,849,619 B2

**1**

# ENHANCED IDENTIFICATION APPLIANCE FOR VERIFYING AND AUTHENTICATING THE BEARER THROUGH BIOMETRIC DATA

## FIELD OF THE INVENTION

The field of the invention relates generally to identification appliances such as wristbands, and in particular to an identification appliance with a biometric sensor, chemical sensor, optical sensor, heat sensor, pressure sensor, humidity sensor, electromagnetic sensor, acoustic sensor, various opto-electronics and/or various security features such as tamper-evident and tamper-resistant features.

## BACKGROUND OF THE INVENTION

This disclosure contemplates an improved identification wristband, bracelet, patch, headband, necklace, card, sticker, or other wearable appliance, which for the sake of convenience, are collectively referred to as a "band" or as a "identification appliance". Identification bands have become a convenient and effective way of identifying people without permanently marking them. A principle advantage of a band is that it is ultimately removable. Identification bands typically consist of a flexible wrist strap having a length greater than its width, and a closure or securement device for attaching and maintaining the band securely around the wearer's wrist. A portion of the band may be used for imprinting or otherwise attaching identification or other information regarding the wearer. Bar codes, radio frequency identification (RFID) devices and the like may also be used to store and transfer information associated with the band and the associated person or object. For example, RFID devices includes those which operate in the frequency in the range 30 kilohertz (kHz) to 300 Gigahertz (GHz). Various band constructions, attachments and other features including the storage of electronic data and RFID functions are described, for example, in Penuela U.S. Pat. No. 5,493,805, Mosher U.S. Pat. No. 5,457, 906, Mosher U.S. Pat. No. 5,973,600, Beigel U.S. Pat. No. 5,973,598, Beigel U.S. Pat. No. 6,181,287, Peterson U.S. Pat. No. 5,479,797, and Peterson U.S. Pat. No. 5,581,924.

Bands are advantageous over other forms of ID cards containing data (such as credit cards, tickets or the like) since they can be attached to the wearer physically securely. As a result, current uses of identification bands include patient identification in hospitals, clinics and other locations; access in amusement parks; temporary security measures, facility access control, and ticketing and entitlement functions. While identification bands have been used for these purposes, additional applications for identification bands and the like are needed.

One important use for identification bands is patient identification and location in hospitals, clinics and other locations. When used in conjunction with an appropriate reader, patient information can be collected electronically and used by the medical staff in performance of their duties. Another example is to track the location of personnel such as convicts in a prison. When identification bands are used to designate who has authority to enter a restricted area, whether it be a concert hall or prison, the method of attachment of the identification band must be secure. Identification wristbands typically consist of a flexible wrist strap and a closure device for attaching and maintaining the wristband securely around the wearer's wrist. Further, an important aspect of identification bands, used for example in hospitals, jails, or hazardous work areas, is the security of the information contained in or on the band. In order to prevent fraud or misidentification, it is desirable

**2**

that the band and the associated information be securely and reliably maintained both physically and operationally. Although the prior art has attempted to make an identification band more secure, there is a need for further improvements.

Identification bands provide information simply, for example, by a person visually reading printed information on the band, scanning barcode information, or electronically reading identification information transmitted by the identification band. Thus, barcodes, RFID devices and the like are used to enhance the information storage and data transfer of information associated with the band and the associated person or object. There is a need to improve the type of information contained on an identification band as well as the manner in which the information is maintained.

Moreover, when an identification band incorporates wireless communications and data storage functions, opportunities for falsification and fraudulent use are increased. Of concern are insuring tamper detection, tamper prevention, secure transmission of information, the integrity of the information, and the prevention of unauthorized transfer of the information to others. Improvements in each of these areas are needed.

Information may be stored electronically in a transponder or RFID "tag" and that information is communicated to a tag "reader." Communication between the RFID tag and reader is by the transmission and reception of electromagnetic (EM) waves, and each must have an antenna to convert electrical signals to EM waves and vice versa. RFID systems can operate over a wide range of frequencies, including the high-frequency (HF) through super-high-frequency (SHF) radio bands, roughly 3 Megahertz (MHz) to 6 Gigahertz (GHz), such as 5.88 GHz, as well as frequencies in the vicinity of 400 MHz, 915 MHz, 2.45 GHz in the ultra-high frequency (UHF) band and 13.5 MHz. Coupling between the tag antenna and the reader antenna below about 50 MHz is primarily by the magnetic component of the reactive near field, in which the tag antenna is configured as a coil in a resonant circuit. Above 50 MHz, the transmission mechanism is the electric field in which the tag antenna is configured as a radiating element.

Because identification appliances may communicate with other devices, additional features and circuits may be desirable as well.

## SUMMARY OF THE INVENTION

An identification appliance, such as a wristband, bracelet, patch, headband, neckband, ankleband, armband, belt, card, sticker, or other wearable appliance, is enhanced with a biometric sensor, chemical sensor, optical sensor, heat sensor, pressure sensor, humidity sensor, electromagnetic sensor, acoustic sensor, optical display, various opto-electronics and/ or various security features such as tamper-evident and tamper-resistant features, as described herein. Also described are readers and verifiers for reading data from identification appliances, as well as applications for the identification appliance in passenger ticketing, passenger baggage checking and claiming, and immigration status.

Other systems, methods, features and advantages of the invention will be or will become apparent to one with skill in the art upon examination of the following figures and detailed description. It is intended that all such additional systems, methods, features and advantages be included within this description, be within the scope of the invention, and be protected by the accompanying claims.

US 7,849,619 B2

**3**

BRIEF DESCRIPTION OF THE DRAWINGS

The components in the figures are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention. Moreover, in the figures, like reference numerals designate corresponding parts throughout the different views. However, like parts do not always have like reference numerals. Moreover, all illustrations are intended to convey concepts, where relative sizes, shapes and other detailed attributes may be illustrated schematically rather than literally or precisely.

FIG. **1** illustrates an example of a prior art RFID wristband or bracelet.

FIG. **2** is a representative illustration of an example embodiment of an improved secure identification band.

FIG. **3** is a representative illustration of another example embodiment of an improved secure identification band.

FIG. **4** is a representative illustration of yet another example embodiment of an improved secure identification band.

FIG. **5** is a representative illustration of yet another example embodiment of an improved secure identification band, which contains ink that is released by tampering.

FIG. **6** is a representative illustration of still another example embodiment of an improved secure identification band, which, when attached, creates an identifying pattern in both visible and electronic forms.

FIG. **7** is a representative illustration of an example embodiment of an improved identification band that stores biometric information.

FIG. **8** is a representative illustration of another example embodiment of an improved identification band, which stores biometric and alphanumeric information.

FIG. **9** is a representative illustration of an example embodiment of an improved identification band, which stores biometric and alphanumeric information and whose circuit functions are activated when the band is attached or deactivated when the band is unfastened, torn, cut, or overly stretched.

FIG. **10** is a representative illustration of an example method of using an improved identification band for passenger ticketing and boarding.

FIG. **11** is a representative illustration of an example method of using an improved identification band for passenger baggage tagging and claiming.

FIG. **12** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, which has printed biometric data.

FIG. **13** is a representative illustration of another example embodiment of an improved identification appliance, such as an identification band, with printed biometric data.

FIG. **14** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with a biometric sensor.

FIG. **15** is a representative illustration of another example embodiment of an improved identification appliance, such as an identification band, which has a biometric sensor and a wireless communication circuit.

FIG. **16** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, which has a biometric sensor, a wireless communication circuit such as a RFID circuit, and an electronic memory or data storage device.

FIG. **17** is a representative illustration of yet another example embodiment of an improved identification appliance, such as an identification band, with a biometric sensor and display.

**4**

FIG. **18** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with photovoltaic cells.

FIG. **19** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with embedded circuitry and a microstrip or patch antenna.

FIG. **20** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, which performs signal processing and computation and has an electronic data storage device or memory.

FIG. **21** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with one or more chemical sensors.

FIG. **22** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with an acoustic sensor.

FIG. **23** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with electro-optical components.

FIG. **24** is a representative illustration of yet another example embodiment of an improved identification appliance, such as an identification band, with an optical sensor.

FIG. **25** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with a flexible keypad.

FIGS. **26**A and **26**B are representative illustrations of an example method of embedding silicon and/or printed circuitry, or other components, in an identification appliance such as an identification band.

FIGS. **27**A and **27**B are representative illustrations of an example method of implementing printed circuitry in an identification appliance such as an identification band.

FIG. **28** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with a flexible battery or power source.

FIG. **29** is a representative illustration of another example embodiment of an improved identification appliance, such as an identification band, with a "button" style battery.

FIG. **30** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, which is partially disposable.

FIG. **31** is a representative illustration of another example embodiment of an improved identification appliance, such as an identification band, which is partially disposable.

FIG. **32** is a representative illustration of an example embodiment of an improved identification appliance that is reusable.

FIGS. **33**A, **33**B and **33**C are representative illustrations of example embodiments of a biometric reader/verifier of identification appliances.

FIGS. **34**A, **34**B and **34**C are representative illustrations of example applications of a biometric identification appliance reader/verifier.

FIG. **35** is a representative illustration of an example embodiment of an improved secure identification appliance, such as an identification band, with electronic tamper detection.

FIG. **36** is a representative illustration of an example embodiment of an improved secure identification appliance, such as an identification band, with electronic tamper detection using conductive or non-conductive glue.

FIG. **37** is a representative illustration of an example embodiment of an airport security system that uses an improved secure identification appliance, such as an identification band.

**5**

FIG. **38** is a representative illustration of another example embodiment of an airport security system that uses an improved secure identification appliance, such as an identification band.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As used in this specification, the meaning of "in," whether alone or in a compound such as "therein," includes "in" and "on"; "radio frequency identification" and "RFID" refer to identification by radio frequency communication.

FIG. **1** illustrates an example of a prior art RFID wristband or bracelet **1**. The substrate **2** is an elongated flexible strip or laminate of polymer or paper. The RFID circuit **3** comprises antenna circuitry, signal generator circuitry, programmable encoder circuitry and interconnection circuitry. A fastener to adjustably and securely attach the wristband **1** comprises, on one end of the substrate **2**, a snap fastener parts **4** and **8**, which can close over the other end of substrate **2**, through one of the adjusting holes **6** therein, and snap together. Any of the embodiments described in this disclosure may include a fastener, which may be made adjustable, for example, by providing multiple mating or locking parts, a continuously variable length locking apparatus, or a unidirectional sizing locking apparatus (i.e., a known-type of fastener that allows a band to be made tighter, but not looser). The circuitry comprising the RFID circuit **3** can be, in various combinations, carried in the substrate **2**, or formed by deposition on a layer in the substrate **2** of one or more conductive paths, semiconductor devices, or polymer materials, in accordance with U.S. Pat. No. 5,973,598. The fastener can also comprise an adhesive wristband closure in accordance with U.S. Pat. No. 5,457,906, a closure mechanism in accordance with U.S. Pat. No. 5,479,797, a rivet, a staple, a crimp, or a heat-created bond, which securely attaches the ends of the wristband to each other and closes the wristband around the wearer's wrist.

FIG. **2** illustrates an example embodiment of an improved secure identification band **90**. As with any of the embodiments described in this disclosure, an identification "band" **90** may comprise a wristband, bracelet, patch, headband, armband, legband, ankleband, fingerband, toe band, necklace, card, sticker, waistband, belt, or other wearable appliance. The identification band may include data that is perceivable to humans, animals, or machines. For example, the emission of an aerosol chemical or scent may be easily detectable by an animal such as a dog. Humans are intended fall under the "animal" category. Further, the data may be alphanumeric data, optical character recognizable data (such as bar codes), images, photographs, magnetically readable data, and/or biometric data. Biometric data refers to data, which can be used to identify a person such as the person's fingerprint, retina, blood, DNA, or voice data. In this particular example illustration, the identification band **90** includes a structure **91** that is suitable to be worn by, attached to, or carried by a person. Preferably, the identification band **90** is a wristband and the structure **91** is an elongate, flexible wristband material. For example, the structure **91** may be an elongated flexible strip or laminated combination of polymeric, paper, or organic substrate. As used in this specification, "organic" includes polymeric. However, the identification band **90** need not be attached only to the wrist of a person as it also can be attached to the ankle, neck, or other part of a person or animal, or to an object. The fastening of the band **90** closes a circuit **92** and enables circuit functions such as RFID functions. If desired, the opening of the fastener, opens or disables the circuit **92**. The improved band **90** comprises a substrate structure **91**, a

**6**

circuit **92**, a fastener with parts **93** and **94**, adjusting holes **95**, and conductors **96** and **97**, which connect the circuit **92** to each fastener part **93** and **94**. The fastener preferably closes an electronic circuit, makes an electrical connection when fastened, or otherwise enables an electronic circuit by, for example, electrical or capacitive coupling. Alternatively, the fastener may be electrically conductive. Still alternatively, the fastener may enable a circuit by inductive or magnetic coupling. As with any embodiment described in this disclosure, the circuit **92** preferably includes other circuits, such as antenna circuitry, communication circuitry, signal generator circuitry, programmable encoder circuitry and interconnection circuitry. Further and as with any embodiments in this disclosure, the circuit may perform a variety of functions including communication functions such as RFID. In one embodiment, a surface mount RFID chip containing electronic circuits is mounted within the identification band and electrically connected to an antenna. Alternatively, the RFID chip may be formed by deposition on a layer or layers in the structure **91**, or on both sides of a layer in the structure **91**. The circuitry comprising the communication circuit can be, in various combinations, carried in the substrate **91**, or formed by deposition on a layer in the substrate **91** of one or more of conductive paths, semiconductor devices, or polymer materials. A circuit consisting entirely of conductive, insulating and/or semiconductive materials directly deposited on the substrate **91** may also be used. In fact, any of the circuits on the identification band can be made either partially or totally from semiconductors, conductors and insulators, and may be fabricated of inorganic or organic materials, as described in U.S. Pat. No. 5,973,598, the entire disclosure of which is incorporated herein by reference for all purposes. An exemplary technique for forming an organic device, such as an organic semiconductor, is described in an article by Garnier et al. entitled "All-Polymer Field-Effect Transistor Realized by Printing Techniques" (Science, Vol. 265, 16 Sep. 1994), the entire article of which is incorporated herein by reference for all purposes. other words, the identification band may have electronic components made either partially or totally from semiconductors, conductors and insulators, which may be inorganic or organic, and which may be printed on the identification band. U.S. Pat. No. 5,973,598 describes organic components, any of which may be used in the improved identification band. Further, a memory containing organic material is described in U.S. Patent Application No. 2001000817107, titled "Integrated Circuit Provided with a Substrate and with a Memory, Transponder, and Method of Programming a Memory," issued Nov. 29, 2001 to U.S. Philips Corp., the entirety of which is incorporated herein by reference for all purposes. It is preferable for the components of the identification band **90** to be thin so it is comfortable to wear. Additionally, it is preferable for the substrate **91** and the printed components to be flexible.

Further, as with any embodiment having a circuit, the circuit **92** of FIG. **2** may include a control logic or processing unit, which may be a microprocessor, microcontroller, central processing unit (CPU), arithmetic logic unit (ALU), math coprocessor, graphics processor, hardware controller, programmable logic device programmed for use as a controller, or other control logic. The circuit may include any of the circuits described in this disclosure or known to those of skill in the art of circuit design. As with any of the embodiments described in this disclosure, the circuit further may include an optional data storage device, such as a memory of any kind. The data storage device or memory may be fabricated out of inorganic materials, organic materials, or a combination of inorganic and organic materials. The identification band **90**,

7

and any of the identification bands described in this disclosure, may include an antenna such as a microstrip antenna described in co-pending U.S. patent application Ser. No. 10/093,202, titled "Microstrip Antenna for an Identification Appliance, filed on Mar. 5, 2002, and subsequently published on Sep. 11, 2003 as U.S. Publication 2003/0169207, whose entire disclosure is incorporated by reference for all purposes.

When the fastener closes, the parts **93** and **94** of the fastener come into contact, which closes the circuit **92** through the conductors **96** and **97**, thereby enabling circuit functions. The conductors **96** and **97** may each comprise two or more separate electrical conductors that are connected to the circuit **92**; the conductors further may comprise one or more of conductive wire or fiber, conductive foil, meltable conductor, or a printed conductor. In communication with the conductors is a fastener comprising one or more of a conductive adhesive, a conductive closure mechanism, a magnetic closure mechanism, a conductive rivet or staple, a crimped attachment, or a heat-created bond in proximity to the conductors, any of which when applied electrically connects, enables an electrical connection between, or alters the capacitance between, the conductors, thereby closing one or more electrical circuits, which may, for example, power the circuit **92**, connect an antenna, tune the antenna, or change a logic state input to the circuit **92**.

Other fasteners that can be used in any of the embodiments described in this disclosure include applying to the overlapping portions of the substrate one or more of the steps of permanently deforming the substrate to bond together the overlapped portions, rupturing walls of adhesive-filled microspaces in the substrate and optionally curing the adhesive by radio frequency, heat or ultraviolet exposure, rupturing walls of microspaces in the substrate separately filled with adhesive and catalyst that mix and cure thereupon, or by melting together adjacent surface areas of the overlapped portions, which when performed, securely attaches the ends of the wristband to each other, thereby closing the wristband around the wearer's wrist. As with any embodiment described in this disclosure, the fastener may enable a circuit by, for example, electrical, inductive, capacitive coupling.

Yet another alternative is to attach the identification band by a means similar to a belt buckle. For example, the buckle may be mounted to one end of the substrate **91** and which when opened, allows free movement of the other end of the substrate though the buckle so that the band be adjustably fitted to the wearer. The buckle design also permits removal of the identification band from the wearer for reuse. The buckle may comprise an electrical conductor and circuit-activating means to activate the circuit **92** when the identification band is fastened and to deactivate the circuit **92** when the identification band is unfastened or removed. The buckle can made of an electrically conductive metal of a type that is known to be suitable for buckles, including but not limited to an alloy of iron, copper or aluminum; the buckle can also be made of a polymer having an electrically conductive coating thereon. The circuit-activating means may comprise two separate electrical conductors in the substrate **91**, each of which separately connects to the circuit **92** and extends toward the end of the substrate that does not have the buckle. When the buckle closes and clamps the substrate **91** between the movable and fixed portions of the buckle, a direct contact or a capacitive gap forms between each conductor and the buckle conductor, or the buckle alternatively brings together associated conductive surfaces, thereby closing an electrical circuit, which in turn activates the circuit **92**. When the buckle is opened and the identification band is removed, the direct contact or capacitive gap between each conductor and the buckle con-

8

ductor is broken, thereby opening the electrical circuit, which in turn deactivates the circuit **92**.

The securement of the identification band may be permanent for the usage life of the band, or may be temporary and defeatable by an authorized procedure. In the case of temporary securement, the identification band may be re-used and re-secured using an authorized procedure or method by an authorized agency or person.

Any of the identification appliances or bands described in this disclosure may have electromagnetic energy absorption means so that the identification band may be energized by an external electromagnetic field signal. For example, an antenna may obtain power from a received signal, where the power is used to power some or all of the circuits on the identification appliance. The interrogating/powering electromagnetic signal provides power and enabling information to the identification band. The interrogating/powering signals may contain a power signal only or both a power signal and information modulated onto the power signal. Upon energizing by an electromagnetic signal, the identification band may display optically readable information according to the data programmed in the band, stored in the band, or received from the interrogating/enabling device.

Likewise, any of the identification appliance described in this disclosure may include an optional audio, visual, or sensory (e.g., vibrating) device to display information such as the scanned biometric data and alphanumeric information. The display may be a light emitting polymer diode, a liquid crystal display (LCD), or a diode-capacitor directly connected to an antenna that may be a resonant antenna. An example of a diode-capacitor is provided in U.S. patent application Ser. No. 09/723,897, titled "Rectifying Charge Storage Element" and filed on Nov. 28, 2000, the entirety of which application is incorporated herein by reference for all purposes. The diode-capacitor may, for example, include a LEDICAP, which is a diode-capacitor formed with a light-emitting polymer that emits light when current flows through it. The display may be always on, turned on by the circuit in the identification band, or activated by an external electromagnetic field signal. If an interrogating/powering electromagnetic signal includes a power signal and data modulated onto the power signal, the display may indicate only the presence of an interrogating or powering field, or it may indicate the data transmitted with the interrogating or powering field. Still alternatively, the display may indicate data derived from internal data in the identification band, a combination of information from both the identification band and the interrogating/powering field, or information derived from the band and/or the field.

The display may consist of a single device or a plurality of devices. A single device may be formed in an arbitrary shape, including an alphanumeric character, logo, or other recognizable symbol or picture. A plurality of devices may be formed into a matrix (row/column addressable) or another combination that creates a variety of different recognizable visual outputs such as pre-formed characters or symbols. The display may be based on an array of pixels. The display may be a flexible display formed on or attached to the substrate of the identification band. The display may be formed of reflective technologies such as electrophoretic, ferroelectric, cholesteric, or emissive technologies such as organic LED (OLED), PDLC (a reflective mode polymer-dispersed-liquid-crystal display) plasma, or cholesteric nematic (passive matrix LCD) technologies. A reflective display may be attached to or formed on the identification band, and the reflective display may be either volatile, where the display only produces an optical output when it is powered, or nonvolatile, where the

9

10

display retains its optical state even after power is withdrawn from it. A nonvolatile display may be write-once or be re-programmable. The display may provide information that is optically readable as image data by humans or machines, or a time-varying modulated optical signal (e.g., from a light-emitting diode or composite organic light-emitting device) that may be decoded remotely by an electro-optical receiver.

Any of the identification appliances or bands described in this disclosure may include an optional optical information transmission means so that information programmed or stored in the identification band may be transmitted optically as a modulated signal, through any of the known modulation techniques. Such an optical device may include silicon and organic or polymer light emitting diodes (LEDs).

FIG. **3** illustrates another example embodiment of an improved secure identification band **90**. The band **90** has a circuit **92** that opens and disables certain functions, such as communication or RFID functions, when the band is torn, cut, or overly stretched. The band **200** comprises at least one substrate **91**, a circuit **92**, a fastener with parts **93** and **94**, adjusting holes **95**, and a conductor **99** that forms a closed circuit with the circuit **92**. When the band **90** is torn, cut, or overly stretched, the conductor **99** breaks, thereby opening the circuit and disabling circuit functions. The conductor **99** may comprise a pattern of electrical interconnections in the substrate **91**, the conductors of which comprise one or more of a conductive wire or fiber, conductive foil, organic conductor, or printed conductor. When the band **90** is torn, cut, or overly stretched, the conductor **99** is severed or broken, thereby disconnecting portions of the circuit **92**, which may in turn power the circuit **92** off, disconnect an antenna, detune the antenna, or change one or more logic state inputs to the circuit **92**.

Alternatively, circuit functions can also be disabled by using a pattern of non-conductive fibers in the substrate **91** that are stronger than substrate and electrical interconnections therein; when the band **90** is stretched or twisted, the fibers tear the substrate **91** and rupture electrical circuits therein, which destroys or renders inoperative, for example, a data storage device in the circuit **92**, a data transmission device in the circuit **92**, some other circuit in the circuit **92**, or the entire circuit **92**. This alternative approach may be implemented in any of the other embodiments described in this disclosure.

FIG. **4** illustrates yet another example embodiment of an improved secure identification band **90**. Band **90** has a circuit **92** that closes and enables certain circuit functions when the band **90** is fastened and that opens and disables certain circuit functions when the band **90** is unfastened or is torn, cut, or overly stretched. As shown in FIG. **4**, the band **90** comprises a substrate **91**, a circuit **92**, a fastener with parts **93** and **94**, adjusting holes **95**, and conductors **96** and **97** that connect the circuit **92** to each fastener part **93** and **94**. The fastener preferably closes an electrical circuit or makes an electrical connection when fastened. Alternatively, the fastener may be electrically conductive. When the fastener closes, the parts **93** and **94** of the fastener come into contact, thereby closing the circuit **92** through the conductors **96** and **97** and enabling circuit functions. When the band **90** is unfastened, or is torn, cut, or overly stretched and conductor **96** or **97** breaks, the circuit opens and disables certain or all circuit functions. The conductors **96** and **97** may comprise two or more separate electrical conductors that are connected to the circuit **92**, the conductors comprising one or more of conductive wire or fiber, conductive foil, meltable conductor, or a printed conductor. In communication with the conductors may be a fastener comprising one or more of a conductive adhesive, a conductive closure mechanism, a magnetic closure mechanism, a conductive rivet or staple, a crimp, or a heat-created bond in proximity to the conductors, any of which when applied electrically connects the conductors, enables an electrical connection between, or alters the capacitance between, the conductors, thereby closing one or more electrical circuits that may, for example, power the circuit **92**, connect an antenna, tune the antenna, or change a logic state input to the circuit **92**. When the electrical circuits are opened by unfastening, stretching, or cutting the band **90**, portions of the circuit **92** are disconnected, which may power off portions or all of the circuit **92**, disconnect an antenna, detune the antenna, or change a logic state input to the circuit **92**. As previously mentioned, circuit functions can be disabled alternatively by using a pattern of non-conductive fibers in the substrate **91** that are stronger than substrate **91** and electrical interconnections therein. When the band **90** is overly stretched or twisted, the fibers tear or deform the substrate **91** and rupture electrical circuits therein, thereby destroying a data storage device in the circuit **92**, a data transmission device in the circuit **92**, any other circuit in the circuit **92**, or the entire circuit **92**.

FIG. **5** illustrates another example embodiment of an improved secure identification band containing an ink or dye that is released by tampering. As shown in FIG. **5**, the example band **90** comprises a substrate **91**, a circuit **92**, a fastener with parts **93** and **94**, adjusting holes **95**, and container **98** containing an ink or dye that is released when the band **90** is torn, cut, or overly stretched. The ink-releasing means comprises an ink-filled space **98** in the band **90** and an empty space in the band **90** that is adjacent to the ink-filled space **98**. When the band **90** is overly stretched, twisted, torn or cut, the wall ruptures between the ink-filled space **98** and the adjacent empty space, thereby leaking ink into the empty space and visibly discoloring the band **90**. Alternatively, the wall ruptures between the ink-filled space **98** and the exterior surface of the band **90**. In addition, the ink or dye may contain a chemical aerosol or scent perceivable by a machine (e.g., electronic chemical detector) or an animal, such as a dog or a human.

Alternatively, the identification band may be attached by means similar to a belt buckle, as previously discussed. For example, the buckle may be mounted to one end of the substrate **91** and which when opened, allows free movement of the other end of the substrate though the buckle so that the band be adjustably fitted to the wearer. The buckle design also permits removal of the identification band from the wearer for reuse. A dye tack in communication with the buckle releases dye when the buckle or dye-tack is subjected to tampering. The dye or ink tack may be similar to those used for retail theft deterrence, has locking parts that can be removed intact only with a special tool, and is attached in such a manner that a portion of the dye tack closes over or around a portion of the closed buckle. When an unauthorized attempt is made to open the buckle or to remove the dye tack from the identification band, a dye-filled vial in the dye tack is broken, thereby leaking dye out and discoloring identification band or marking the skin of the person who is tampering with the buckle or dye tack. Again, an aerosol chemical or scent may be contained in the dye tack, which is detectable to an animal, human, or machine.

FIG. **6** illustrates still another example embodiment of an improved identification band **700** that, when attached, creates an identifying pattern in both visible and electronic forms. As shown in FIG. **6**, the example improved identification band **700** comprises a substrate **705** having a circuit **710** and an identification area **715** with a shaded background into which

**11**

conductor pairs **720** from the circuit **710** terminate with connections **725**. To attach the identification band **700**, the first end **730** is placed over the second end **735**, and holes **740** are punched through, or embossed into, area **715** with the aid of alignment marks **735**, thereby stitching together the overlapped ends, forming a visible pattern, and connecting and/or disconnecting specific pairs or random combinations of conductors **720** to form an electrical circuit of connected and/or disconnected pairs, which in turn set logic state inputs to the circuit **710** corresponding to the pattern. As with any of the embodiments, encoding the identity of a person, object or entity includes forming a unique pattern of one or more of an arrangement of figures, symbols or characters, a bar code, or a drawing corresponding to that identity. Forming a visible identification of the person, object or entity may include one or more of the following steps: forming an embossment, which embossment may include coloring with an ink; activating colorless material in the substrate to become colored; activating colorless adhesive and catalyst in the substrate to become colored when mixed or cured; and using a material or adhesive and catalyst that is sensitive to applied pressure or heat so as to make a visible pattern. Optionally, the embossed pattern may be visible only because of its contours. Applying the identifying pattern to the mechanical securement device includes one or more of mechanically, electrically, or thermally engraving, cutting, impressing, or embossing the pattern. In an example of the use of such a band **700**, a number corresponding to a security clearance level of the wearer, such as the number "3", or an official seal can be applied at the time of attachment. Thus, a visible indication of that clearance, or an electronic indication based on the formed electrical circuit and transmitted by the circuit **710**, are available for controlling access to a secure area or to classified information.

The data stored in the identification band may include any kind of information. For instance, the data may comprise identity data, financial transaction data, or medical data. Any of the data may be encrypted prior to the data being stored in the identification band. As another example, bands with the same pattern and related information can be attached to a person and to a set of baggage, the pattern identifying both the person and an airline flight, so that only persons and baggage identified for that flight will be allowed on the aircraft, and the person can only claim baggage having bands with that same pattern.

An alternative to any of the embodiments described in this disclosure is to associate more than one identity with an identification band. For example, a first identifying pattern and a second identifying pattern may be stored or contained on the identification band. The first and second identifying patterns may manifest in different ways. As an example, the first identifying pattern forms a visible first identification, while the second identifying pattern forms electrical data in a data storage device in the identification band. Moreover, the first and second identifying patterns may be used to identify the same or different people. For instance, the first identifying pattern may be associated with the person who is distributing or attaching the identification band and the second identifying pattern may be associated with the wearer of the identification band.

A battery or power source may be provided to power a memory, logic, circuit, or other function of the identification band essential to its useful operation. In order to safeguard the security of information stored in the identification band in any of the embodiments described, the identification band may have a battery that runs out of power at or within a predetermined time period or on a certain calendar date/time, or a circuit that stops its operation or erases the stored information

**12**

at or within a predetermined time period or on a certain calendar date/time. To make the battery life run out, the circuit may impose a fixed load on the battery, a programmable constant load on the battery, or upon the expiration of a timer, impose a load on the battery. Alternatively, the identification band may have a lock mode for data stored in a data storage device such as a memory such that the data is not accessible without the proper equipment, password, and/or matching of identifying data with the user trying to gain access to the information.

FIG. **7** illustrates an example embodiment of an improved identification band that stores biometric information. As shown in FIG. **7**, the improved band **1000** comprises a substrate **1005** having a circuit **1010**, a fastener with parts **1015** and **1020**, adjusting holes **1025**, a data storage device **1030** that is preferably a nonvolatile memory, and a jack or electrical contacts **1035** for receiving biometric information to be stored in the data storage device **1030**. For example and as with any embodiment described in this disclosure that may have a data storage device, the data storage device **1030** may be a random access memory (RAM), read only memory (ROM), programmable read only memory (PROM), electrically erasable PROM (EEPROM), organic PROM, organic RAM, anti-fuse PROM, ultraviolet light erasable PROM (UVPROM), fixed disk media, flexible disk media, flash memory, tape, or any other storage retrieval means, or any combination of these volatile and non-volatile memory means. The data storage device or memory can include any of the data storage devices or memories described in this disclosure or known to those of skill in the art of such devices. Also, as with any embodiment described in this disclosure, the data storage device or memory may further permit reading only, reading and writing, or writing only.

Further, as with any embodiment, the data storage device may store a link or address to information stored in an external database. This external database, which may be resident on an external system such as a computer, host system, or wireless network, and can preferably be accessed through the Internet. In such a case, the identification appliance transmits the link or address to the information in the database, whereupon receipt, the receiving device accesses the database and retrieves the actual information. This allows the data storage device to store less information locally, which can make the identification appliance smaller and thinner, while not sacrificing the amount of information being transferred. As an example, the database may store the entire medical history of the authorized bearer of the identification appliance, which medical history may be stored on the hospital's computer and which the hospital may update. Thus, by providing a pointer or link to the medical history, the information will be the most recent version and other people may add to, delete from, or otherwise modify the information, if desired. In another example, the database may store the digitized fingerprint data of the authorized bearer of the identification appliance, which can require a large amount of storage space that cannot be readily put onto the identification appliance.

As an example of the use of the improved band shown in FIG. **7**, at the time of attachment of the band **1000** to a wearer **1040**, the wearer **1040** is scanned by a charge-coupled device camera **1045** communicating with an encoder **1050** that converts the image signal to encoded image data and transmits that data through a cable **1055**, a removable plug **1060** inserted into jack **1035**, and into the data storage device **1030**. After attachment of the band **1000** and storage of the image data therein, the plug **1060** is detached from the jack **1035** and the wearer **1040** is free to move around. To later ascertain or verify the identity of the wearer **1040**, the image data is

US 7,849,619 B2

**13**

transmitted by the circuit **1010** to a reader **1065**, such as a RFID reader, decoded and rendered into a viewable image **1070**, and then compared with the actual appearance of the wearer **1040**.

Optionally, biological characteristics of the wearer **1040** may be stored in the band **1000** by transferring encoded biometric data to the data storage device **1030** on the band **1000** by electric current, electric or magnetic fields, or electromagnetic waves. For example, biometric data may include any images of or data about the wearer's fingerprints, retina, iris, face, DNA, genetic data such as a portion of the wearer's genome sequence or genes, or a time domain or frequency domain response of the wearer's voice, or a biochemical assay of the wearer's scent, blood, or breath. In other applications, the biometric data may be related to a person's signature, signature plus handwriting dynamics, iris, retina, face recognition, voiceprint, voiceprint and voice stress, fingerprint, other skin pattern, chemical signature (e.g., smell, blood, sweat), DNA, genetic data, or some electric, magnetic, acoustic, or other biometric characteristic. Alternatively, the biometric sensor may provide data about the wearer for purposes other than for identification. For instance, the biometric sensor may be incorporated into the identification appliance to monitor or detect the wearer's pulse rate, heart electrical signals, blood pressure, insulin levels, temperature and the like, where such biometric data may be transmitted to other devices (such as monitoring computers at a hospital) constantly, intermittently, or upon alert conditions. The biometric sensor may be coupled to a data storage device, communication circuit, optical data display, or other components of the identification band. The biometric data may be encoded, converted into a data format according to a predetermined data template, and stored in a data storage device on the identification appliance. To verify the identity of the wearer of the identification appliance, any known method of comparing the stored biometric data and the wearer's biometric data may be used. For example, one method may be to determine the probability of a match. As an example of such a method, an XOR ("exclusive or") operation can be performed on the stored biometric data and the wearer's current biometric data to produce a third data set indicating those items in the first and second data sets that are not identical. A higher number of non-identical items will indicate a higher probability that the wearer is not the person whose encoded biometric data is stored in the identification band, and that number can also be compared to threshold numbers above which there are various predetermined levels of such probability (e.g. high, intermediate, or low). In accordance with corresponding biological features, data items can also be weighted in proportion to their effects on the overall certainty of identity verification. For instance, fingerprint data may be given higher weight than iris data. The results of the data comparison can also be displayed in a manner suitable for human judgment of probability.

FIG. **8** illustrates another example embodiment of an improved identification band **1200** in which biometric information and alphanumeric information are stored. As shown in FIG. **8**, the improved band **1200** comprises a substrate **1205** having an RFID circuit **1210**, a fastener with parts **1215** and **1220**, adjusting holes **1225**, a data storage device **1230** that is preferably a nonvolatile memory, and a jack **1235** for receiving encoded information to be stored in the data storage device **1230**. A first set of receptacles within jack **1235** communicates with a first area in the data storage device **1230** that is reserved for biometric information, and a second set of receptacles communicates with a second area in the data storage device **1230** that is reserved for alphanumeric infor-

**14**

mation. The jack **1235** may be configured to accept only one plug, or more than one plug, at a time.

As an example of the use of the improved band **1200** shown in FIG. **8**, at the time of attachment of the band **1200** to a wearer **1240**, the wearer **1240** is scanned by a charge-coupled device camera **1245** communicating with an encoder **1250** that converts the image signal to encoded image data and transmits that data through a first cable **1255**, a first removable plug **1260** having pins **1262** that insert into the first set of receptacles within jack **1235**, and into the area of the data storage device **1230** reserved for biometric information. Subsequently, the wearer **1240** enters a personal identification number ("PIN") **1265** shown in FIG. **8** as "5612" into keypad-encoder **1270** that converts the PIN sequence **1265** to encoded alphanumeric data and transmits that data through a second cable **1275**, a second removable plug **1280** having pins **1282** that insert into the second set of receptacles within jack **1235**, and into the area of the data storage device **1230** reserved for alphanumeric information. After attachment of the band **1200** to the wearer **1240**, storage of the image and PIN data therein, and removal of plugs **1260** and **1280** from the jack **1235**, the wearer is free to move around. To later ascertain or verify the identity of the wearer, the image and PIN data are transmitted by the circuit **1210** to a reader **1285** such as a RFID reader, decoded and rendered into a viewable image and alphanumeric data on video screen **1290**. The person, machine, or authorized agency making the verification can then compare the viewed image with the actual appearance of the wearer, and, for additional security, compare the viewed PIN to a PIN communicated by the wearer. Optionally, a signal may indicate whether the PINs matched. Alternatively to an electrical connection to a jack, an electromagnetically coupled circuit such as those used in a RFID tag may be used to transfer data. This method requires no physical contact with the circuitry of the identification band.

FIG. **9** is a representative illustration of an example embodiment of an improved identification band, which stores biometric and alphanumeric information and whose circuit functions are activated when the band is attached or deactivated when the band is unfastened, torn, cut, or overly stretched. As shown in FIG. **9**, the improved band **1400** comprises a substrate **1405** having a circuit **1410**, an electrically conductive fastener with parts **1415** and **1420**, adjusting holes **1425**, a data storage device **1430** that is preferably a nonvolatile memory in the circuit **1410** and a jack **1435** for receiving encoded biometric and alphanumeric information to be stored in the data storage device **1430**. Alternatively, the data may be programmed into the data storage device of FIGS. **7-9** by electromagnetic coupling, such as through RF waves. Conductors **1440** and **1445** connect the circuit **1410** to each fastener part **1415** and **1420**. When the fastener closes, the parts **1415** and **1420** of the fastener come into contact, thereby closing the circuit through the conductors **1440** and **1445**, enabling circuit functions, and making the stored data available for transmission by the circuit **1410**. When the band **1400** is unfastened, or is torn, cut, or overly stretched and conductor **1440** or **1445** breaks, the circuit opens and disables any or all circuit functions. Optionally, the opening of the circuit may cause the circuit to alter or destroy any data stored in memory **1430**. If the band **1400** is reattached, again closing the circuit through the conductors **1440** and **1445** and enabling circuit functions, the originally-stored data, having been altered, is no longer available for transmission.

FIG. **10** is a representative illustration of an example method of using an improved identification band for passenger ticketing and boarding, such as at an airport, boat dock, train station, bus station and the like. As shown in FIG. **10**,

US 7,849,619 B2

**15**

when a passenger **1510** checks in at a ticket counter, ticket information **1520** and, for example, an image of the passenger **1510** from a charge-coupled device camera **1530** and/or other identifying data are stored in a data storage device that is preferably a nonvolatile memory on the band **1540**. The band **1540** is then attached to the wrist **1550** of the passenger **1510**. Preferably, the band **1540** is the type in which the stored data is altered or destroyed when the band detects any tampering or detachment of the band. The band **1540** serves as a passenger ticket and boarding pass, and when the passenger **1510** is about to board, the stored data in the data storage device on the band **1540** on the wrist **1550** may be transmitted to a reader **1560**, decoded and verified either automatically or by a human viewing data on a video screen **1570** so that the identity and proper ticketing of passenger **1510** can be verified.

FIG. **11** is a representative illustration of an example method of using an improved identification band for passenger baggage tagging and claiming. At departure, identification bands **1610** are prepared with stored encoded passenger image or other identifying data and ticket information, one of which is attached to the passenger's wrist **1620** as a baggage claim receipt and the rest of which are attached to the passenger's baggage items **1630** as baggage tags. At the baggage claim in the destination terminal, the stored data in the identification bands **1610** on the wrist **1620** and on the baggage items **1630** are transmitted to a reader **1640**, decoded and verified automatically or by a human viewing data on a video screen **1650**, so that the baggage items **1630** can be properly claimed by matching the bands **1610** to each other.

FIG. **12** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, which has printed biometric data. The example identification appliance has an elongate band **10**, a band fastener **12**, and a mating band fastener **14** that mates with the band fastener **12**. The identification appliance can have printed information **16** and a portrait **18** or fingerprint **20**.

FIG. **13** is a representative illustration of another example embodiment of an improved identification appliance, such as an identification band, with printed biometric data. The example identification appliance has an elongate band, a band fastener **26**, and a mating band fastener **28** that mates with the band fastener **26**. The elongate band may comprise a top laminate **22** and a bottom laminate **24**. Silicon and/or printed circuitry components **30** may be sandwiched between the laminates **22**, **24**. The identification appliance may have printed biometric information **32** on any of its surfaces.

FIG. **14** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with a biometric sensor. The example identification appliance has an elongate band **34**, a band fastener **36**, and a mating band fastener **38** that mates with the band fastener **36**. As with any of the embodiments described in this disclosure, silicon and/or printed circuitry components **40** may be embedded, printed, or otherwise deposited in or on the elongate band **34**. The identification appliance may include a biometric sensor **42**. The biometric sensor **42** may scan or otherwise obtain a person's fingerprint, iris, retina, or other identifying biometric feature and provide the biometric information to the circuitry **40**. An example of such a biometric sensor built from an optical device is as follows. The optical device may include a layered structure containing a light emitting device(s) and semi-transparent light sensing devices for measuring light reflection of an object placed above the layered device. By using these optical devices, the reflective signature of a fingerprint could be illuminated,

**16**

measured and recorded. The optical device may be a single device that senses the presence or absence of light wavelengths, the intensity of light wavelengths, or a time-varying optical signal carrying information. Alternatively, the optical device may comprise a plurality of sensing devices including a linear or two-dimensional array of sensors. The optical device may include a non-visible (i.e. infra-red or ultra-violet) optical input, optical output, or power conversion element. As with any of the described embodiments, the biometric sensor may be an optical sensor, a heat sensor, a pressure sensor, a humidity sensor, a chemical sensor, an electromagnetic sensor, or an acoustic sensor; the biometric sensor may be a plurality of devices that may be formed into a matrix (row/column addressable) or other spatially distributed pattern of elements. The circuitry **40** preferably includes other circuits, such as antenna circuitry, signal generator circuitry, communication circuitry, programmable encoder circuitry and interconnection circuitry, and is adapted to control and interact with the biometric sensor **42**. The circuitry for the biometric sensor **42** may be made of silicon, organic materials, or other thin materials. Further, biometric information **44** may be printed on the band **34**. The circuitry **40** may then compare the scanned biometric data with stored biometric data to determine their correlation. The identification appliance, as with any of the embodiments described in this disclosure, may include an audio, visual, or sensory (e.g., vibrating) device to indicate whether a correlation or match exists. As with any embodiment described in this disclosure, an optional antenna, electronic data storage device or memory, battery or power source, display, and/or printed biometric or alphanumeric information may be included as well.

FIG. **15** is a representative illustration of another example embodiment of an improved identification appliance, such as an identification band, which has a biometric sensor and a wireless communication circuit such as a RFID circuit. The wireless communication circuit may incorporate any of the features, such as Bluetooth compatibility, described in concurrently filed U.S. patent application Ser. No. 10/101,471, filed Sep. 18, 2002, titled "Wearable Identification Appliance That Communicates With A Wireless Communication Network Such As Bluetooth," and subsequently published on Sep. 18, 2003 as U.S. Publication 2003/0174049, the entirety of which application is incorporated herein by reference for all purposes. The example identification appliance has an elongate band **46**, a band fastener **48**, a mating band fastener **50** that mates with the band fastener **48**, silicon and/or printed circuitry components **56** that may be embedded or printed or otherwise deposited in or on the elongate band **46**, a communication antenna **52** such as a RFID antenna that may be embedded or attached to the band **46**, a biometric sensor **54**, and printed biometric information **58** printed on the band **46**. The biometric sensor **54**, as with any of the embodiments in this disclosure, may scan a person's fingerprint, iris, retina, voice, or other identifying biometric feature. Of course, there may be more than one biometric sensor if desired. The biometric sensor **54** may be disposed in the elongate band **46**, a securement structure used to fasten the identification band to a person, or both.

FIG. **16** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, which has a biometric sensor, a wireless communication circuit such as a RFID circuit, and an electronic memory or data storage device. The example identification appliance has an elongate band **60**, a band fastener **62**, a mating band fastener **64** that mates with the band fastener **62**, silicon and/or printed circuitry components **74** that may be embedded or printed or otherwise deposited in or on

**17**

the elongate band **60**, a communication antenna **68** such as a RFID antenna that may be embedded or attached to the band **60**, a biometric sensor **70**, an electronic memory **72**, and printed biometric information **66** printed on the band **60**. The circuitry **74** preferably includes other circuits, such as antenna circuitry, signal generator circuitry, communication circuitry, programmable encoder circuitry and interconnection circuitry, and is adapted to control and interact with the biometric sensor **70** and electronic memory or data storage device **72**. As with any embodiment described in this disclosure, the data storage device **72** may be any kind of memory or data storage device. The biometric sensor **70** may scan a person's fingerprint, iris, retina, voice, or other identifying biometric feature. Of course, there may be more than one biometric sensor if desired. The circuitry **74** may then compare the scanned biometric data with biometric data stored in the data storage device **72** to see if they match. The identification appliance may include an audio, visual, or sensory (e.g., vibrating) device to display the biometric data and/or to indicate whether a match exists, which device may optionally communicate the data remotely to a remote sensor or display device; such a display can be any of the displays described in this disclosure or known to those of skill in the art of displays.

FIG. **17** is a representative illustration of yet another example embodiment of an improved identification appliance, such as an identification band, with a biometric sensor **82** and display **88**. The identification appliance of FIG. **17** is similar to that of FIG. **16**, except that FIG. **17** specifically illustrates a display **88**. The example identification appliance has an elongate band **76**, a band fastener **78**, a mating band fastener **80** that mates with the band fastener **78**, a communication antenna **86** such as a RFID antenna that may be embedded or attached to the band **76**, and a biometric sensor **82**. The identification appliance has silicon and/or printed circuitry components **84** that may be embedded, printed, or otherwise disposed in or on the elongate band **76** or its various layers. The biometric sensor **82** may sense or scan a person's fingerprint, iris, retina, voice, or other identifying biometric feature. The circuitry **84** may then compare the scanned biometric data with biometric data stored in the data storage device to determine if they match. The display **88** may display the biometric or other data and/or indicate whether a match exists in a manner perceptible to a person, such as by an audible, visual, or sensory (e.g., vibrating) device. An optional antenna, electronic data storage device or memory, acoustic sensor, chemical sensor, optical sensor, heat sensor, pressure sensor, humidity sensor, electromagnetic sensor, flexible keypad, battery or power source, and/or printed biometric or alphanumeric information may be included as well. As with any of the embodiments described in this disclosure, these optional devices and sensors may be disposed in the elongate band, a securement structure used to fasten the identification band to a person, or both.

FIG. **18** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with photovoltaic cells. The example identification appliance has an elongate band **100**, a band fastener **102**, a mating band fastener **104** that mates with the band fastener **102**, silicon and/or printed circuitry components **106** that may be embedded or printed or otherwise deposited in or on the elongate band **100**, and one or more photovoltaic cells **108**. The photovoltaic cells **108** provide power, and optionally information such as a data signal from an optical source, to the circuitry **106**. To generate photoelectric power, a photodiode (formed of silicon, amorphous silicon, or organic material) or photodiode array may be attached to or formed on the identification band. The photodiode could

**18**

generate electric power to power the circuitry on the band, or recharge a battery attached to or formed in or on the band. The photodiode can also serve as a signal input transducer for information input to the identification band, which information may be transmitted to the identification band by a light source modulated by the information content. As with any embodiment described in this disclosure, an optional antenna, electronic data storage device or memory, biometric sensor, acoustic sensor, chemical sensor, optical sensor, heat sensor, pressure sensor, humidity sensor, electromagnetic sensor, flexible keypad, battery or power source, display, and/or printed biometric or alphanumeric information may be included as well.

FIG. **19** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with embedded circuitry and a microstrip or patch antenna. The example identification appliance has an elongate band **110**, a band fastener **112**, a mating band fastener **114** that mates with the band fastener **112**, silicon and/or printed circuitry components **118** that may be embedded or printed or otherwise deposited in or on the elongate band **110**, printed biometric information **116**, and a microstrip or patch antenna **120**. A conductor or conductors **119** may span the length of the band **110** and be connected to the circuit **118**, which conductors will break if the band is tampered with and optionally inform the circuit **118**. The microstrip antenna **120** may be any of those described in co-pending patent application filed on Mar. 5, 2002, titled "Microstrip Antenna for Identification Appliance", U.S. patent application Ser. No. 10/101,471, and subsequently published on Sep. 11, 2003 as U.S. Publication 2003/0169207, the entirety of which application is incorporated by reference for all purposes. Such a microstrip antenna provides certain advantages, such as directing more of the radiating energy away from the wearer to improve the transmission range of the identification appliance and to reduce directing energy toward the wearer for health reasons. The microstrip antenna may be added or deleted from any of the embodiments described in this disclosure.

FIG. **20** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, which performs signal processing and computation and has an electronic data storage device or memory. The example identification appliance has an elongate band **122**, a band fastener **124**, a mating band fastener **126** that mates with the band fastener **124**, silicon and/or printed circuitry components **132** that may be embedded or printed or otherwise deposited in or on the elongate band **122**, printed biometric information **128**, an antenna **130** and an electronic data storage device or memory **134**. The circuitry **132** may include signal transmission circuitry, signal reception circuitry, data processing circuitry and computation circuitry, as desired. In this example, the circuitry **132**, data storage device **134** and antenna **130** are sandwiched between the inner substrate of the body **122** and the structure carrying the printed information **128**.

FIG. **21** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with one or more chemical sensors **144**. The example identification appliance has an elongate band **136**, a band fastener **138**, a mating band fastener **140** that mates with the band fastener **138**, silicon and/or printed circuitry components **142** that may be embedded or printed or otherwise deposited in or on the elongate band **136**, and an antenna **143**. Further, an optional antenna, electronic data storage device or memory, biometric sensor, acoustic sensor, optical sensor, heat sensor, pressure sensor, humidity sensor,

electromagnetic sensor, flexible keypad, battery or power source, display, and/or printed biometric or alphanumeric information may be included. The chemical sensor may be any kind of chemical sensor. For example, it may sense physiological attributes of a person such as temperature, sweat content and pheromones.

FIG. **22** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with an acoustic transducer **164**. Of course, a plurality of acoustic transducers may be provided, if desired. The acoustic sensors may comprise audio transducers for audio input or output. An audio signal such as speech from the wearer may be transduced and processed by known techniques and transmitted by the communication circuit in the identification appliance to a remote listener. Similarly, an audio signal may be received by the identification appliance from a remote transmitter by wireless communication, and processed and transduced to be audible to the wearer. The identification appliance also may have known algorithms to process speech recognition or output synthesized speech. The acoustic sensor **164** may comprise a piezoelectric transducer that detects acoustic waves. Other types of acoustic sensors may also be used. The acoustic information may be processed by a circuit **162**, which may include any known voice activation or speech recognition algorithms. Further, the appliance may allow users to communicate two-way with remote units or have circuitry or algorithms to derive biometric data (such as a user's unique identifying speech patterns) from the user's speech. The example identification appliance has an elongate band **154**, a band fastener **156**, a mating band fastener **158** that mates with the band fastener **156**, silicon and/or printed circuitry components **162** that may be embedded or printed or otherwise deposited in or on the elongate band **154**, and printed biometric information **160**. Further, an optional antenna, electronic data storage device or memory, biometric sensor, chemical sensor, optical sensor, flexible keypad, battery or power source, and/or display may be included as well.

FIG. **23** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with electro-optical or opto-electronic components **172**. The example identification appliance has an elongate band **166**, a band fastener **168**, a mating band fastener **170** that mates with the band fastener **168**, and silicon and/or printed circuitry components **174** that may be embedded or printed or otherwise deposited in or on the elongate band **166**. The circuit **174** may control signals to or process signals from the electro-optical components **172**. For example, the electro-optical components **172** may perform various functions such as communicating optically with an external or internal device, signaling (e.g., by light from a light emitting diode), indicating (e.g., by emitting light or varying light reflectances), displaying (e.g., of alphanumeric or image data by pre-formed indicators or matrix of indicators), sensing (e.g., of levels of light), and converting power (e.g., as a photovoltaic cell). As a further example, the electro-optical components **172** may comprise light emitting diodes (LEDs) that can be polymeric or organic LEDs as described in U.S. Pat. No. 5,973,598. If the electro-optical components **172** perform an optical communication function, they may include optical fibers, light sources and/or light detectors such as photodetectors. If desired, the electro-optical components **172** may act as an electro-optical display device by including liquid crystal displays, electrophoretic displays, gas discharge displays and electromechanical displays. If desired, the electro-optical components **172** may include an electro-optical input device by including photodiodes, photoresistors, photomultiplier tubes and other input devices. The elec-

tro-optical components **172** may be of silicon or other materials, while some electro-optical components **172** may be fabricated partially or predominantly of organic compounds. They may be inflexible and attached on the identification appliance. Alternatively, they may be flexible and attached to or printed on the identification band. The electronic, electro-optical and visual components may be printed or otherwise deposited on the identification appliance's elongate structure (e.g., **91** in FIG. **2**, **10** in FIG. **12**).

FIG. **24** is a representative illustration of yet another example embodiment of an improved identification appliance, such as an identification band, with an optical sensor **198**. The example identification appliance has an elongate band **188**, a band fastener **190**, a mating band fastener **192** that mates with the band fastener **190**, printed information **194**, and silicon and/or printed circuitry components **196** that may be embedded or printed or otherwise deposited in or on the elongate band **188**. The circuit **196** may control the optical sensor **198**. For example, the optical sensor **198** may perform optical communication with an external or internal device. The optical sensor **198** may comprise a light detector such as a photodetector, or a charge coupled device to capture images of, for example, a person's face, fingerprint, iris, or retina.

FIG. **25** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with a flexible keypad **206**. The example identification appliance has an elongate band **200**, a band fastener **202**, a mating band fastener **204** that mates with the band fastener **202**, silicon and/or printed circuitry components **208** that may be embedded or printed or otherwise deposited in or on the elongate band **200**, and an antenna **210**. The circuit **208** may control the keypad **206**. Of course, the keypad **206** may comprise a full typewriter keyboard, a partial keyboard, a single key, or a plurality of custom function keys. The keypad **206** permits users to input data into the circuit **208** or an optional data storage device. The keypad may be based on symbolic or alpha-numeric data.

FIGS. **26**A and **26**B are representative illustrations of an example method of embedding silicon and/or printed circuitry, or other components, in an identification appliance such as an identification band. A top laminate **212** and a bottom laminate **214** may be adhered to each other. As shown by reference numeral **218**, silicon and/or printed circuitry **216** and other components may be formed or printed on either the top or bottom laminates **212**, **214**, or both laminates, and additional components may be sandwiched between the top and bottom laminates **212**, **214**. A manufacturing assembly is illustrated in FIG. **26**B. The bottom laminate material **214** is fed at **220** and a machine **224** adheres circuitry **216** and other components to the bottom laminate **214**. The top laminate material **214** is fed at reference numeral **222** and joined to the bottom laminate **218** by laminating machine **226**. A cutting device **228** separates the joined material into separate identification appliances. Of course, in any of the manufacturing processes described in this disclosure, other manufacturing steps known to those of skill in the art of making identification appliances may be used as desired.

FIGS. **27**A and **27**B are representative illustrations of an example method of implementing printed circuitry in an identification appliance such as an identification band. The body material is fed at **230** and a machine **232** prints or deposits circuitry and other components onto the body material. The machine may be an ink jet printing device, stencil, or any other method of imprinting inks or materials on a substrate. A cutting device **234** separates the body material into separate identification appliances. In FIG. **27**B, a bottom laminate material is fed at **238** and a machine **236** prints or otherwise

deposits circuitry and other components onto the bottom laminate. The top laminate material is fed at reference numeral **240** and joined to the bottom laminate by laminating machine **242**. A cutting device **244** separates the joined material into separate identification appliances. Of course, other manufacturing processes may also be used as desired.

FIG. **28** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, with a flexible battery or power source **258**. In this particular example, the identification appliance has an elongate band formed out of a top laminate **246** and a bottom laminate **248**. A band fastener **252** mates with another band fastener **256**. Silicon and/or printed circuitry components **260** also may be embedded or printed or otherwise deposited in or between the laminated band. The flexible battery **258** powers the circuit **260** as well as any other component on the identification appliance requiring power. Such other components may include, for example, an electronic data storage device or memory, biometric sensor, acoustic sensor, chemical sensor, optical sensor, flexible keypad and display. Preferably, the battery **258** is thin and flexible. The battery **258** may provide primary or auxiliary power for electronic circuits. Optionally, the battery **258** may include a photovoltaic component so that the battery is charged or recharged by ambient light; the photovoltaic cells and recharging circuitry can be formed out of inorganic or organic materials. The battery **258** may be replaceable or not. The battery **258** may be a flexible polymer battery imprinted on or constructed on the identification appliance substrate, as described in U.S. Pat. No. 5,973,598. The battery **258** may be activated when the identification appliance is fastened to its object, or activated by the reception of an optical signal or an electromagnetic signal. An identification appliance with a battery **258** may be activated upon proper authorization or the start of service.

FIG. **29** is a representative illustration of another example embodiment of an improved identification appliance, such as an identification band, with a "button" style battery **269**. The example identification appliance has an elongate band **261**, a band fastener **262**, a mating band fastener **263** that mates with the band fastener **262**, silicon and/or printed circuitry components **264** that may be embedded or printed or otherwise deposited in or on the elongate band **261**, and printed information **265**. The battery **269** is a button-style battery in this example embodiment. The battery **269** powers the circuit **264** as well as any other component on the identification appliance requiring power. Such other components may include, for example, an electronic data storage device or memory, biometric sensor, acoustic sensor, chemical sensor, optical sensor, flexible keypad and display. Preferably, the battery **269** is small and thin. The battery **269** may provide primary or auxiliary power for electronic circuits. The battery **269** is replaceable.

Any of the identification appliance embodiments described in this disclosure may be completely disposable, partially disposable, or reusable. The disposable identification appliance may incorporate any of the functions described in this disclosure, where the fastening means is not re-usable and the functionality of the identification appliance is destroyed after its use. The identification appliance may have a disposable section (for example, the band) and a re-usable section (for example, the circuit). The identification appliance also may be made water resistant, waterproof, and/or resistant to certain solvents or chemicals used in the area of its application. If disposable, the band or body is preferably made of an inexpensive material such as paper, plastic, or other laminate

material. For example, FIG. **30** is a representative illustration of an example embodiment of an improved identification appliance, such as an identification band, that is partially disposable. An example of a partially disposable identification band is described in U.S. patent application Ser. No. 09/033,832, which is titled "Identification Device Having Reusable Transponder" and is published as PCT US98/04098. The identification appliance comprises a disposable band **284** and a non-disposable "hub" **282** of circuitry, sensors and other circuit components. The band **284** is fastened by inserting one end **288** of the band to the non-disposable hub **282**, which attachment is made more secure by a fastener **286**, and by inserting the other end **290** of the band to the non-disposable hub **282**, which attachment is made more secure by a fastener **286**. When desired, the disposable band **284** may be unfastened from the non-disposable hub **282** and disposed. A replacement band may be fastened to the non-disposable hub **282**. If the replacement band is for a different user, any data stored in the non-disposable hub **282** may be erased and updated.

FIG. **31** is a representative illustration of yet another example embodiment of an improved identification appliance that is partially disposable. The identification appliance comprises a disposable flexible plastic or rubber tube **292**, which acts as a band and houses an insertable and reusable circuit portion **294**. The circuit portion **294** may include any kind of circuits such as communication circuitry and biometric circuitry.

FIG. **32** is a representative illustration of an example embodiment of an improved identification appliance that is reusable. This example identification appliance comprises a non-disposable band **298**, which may be decorative to resemble jewelry or a watch. In or on the band **298** is placed non-disposable circuitry, sensors and components **296**. An optional lock mechanism **300** may be provided to secure the identification appliance to a wearer and to allow the wearer to adjust its size. The lock mechanism may be activated or inactivated either by the wearer or alternatively by the person or agency responsible for providing the security function performed by the identification appliance. The locking may be mechanical or electromechanical. The locking or un-locking function may be performed by remote communication or control, if desired.

FIGS. **33**A, **33**B and **33**C are representative illustrations of example embodiments of a biometric reader/verifier of identification appliances. Referring to FIG. **33**A, a biometric sensor **302** is mounted on a grip **306**. The biometric sensor **302** may be any of the biometric sensors known to those of skill in the art of biometrics and those described in this disclosure. An interrogator **308** communicates, such as by radio frequency, to the identification appliance in order to obtain the biometric data stored in the appliance. An optional indicator or alarm system **304** may provide an audible, visible, or other perceptible indication as to, for example, whether the biometric data obtained by the biometric reader/verifier matches the biometric data stored in an identification appliance. Turning to FIG. **33**B, the grip **306** may have a biometric sensor **302** and indicator **304** built into the handle of the grip. FIG. **33**C is a representative illustration of a wearer of an identification appliance using an example embodiment of a reader/verifier. The user grasps the grip **306**, thereby positioning the identification appliance **307** within range of the interrogator **308**. The interrogator **308** communicates, such as by radio frequency, with the identification appliance **307** in order to obtain the biometric data and/or other data stored in the appliance.

FIGS. **34**A, **34**B and **34**C are representative illustrations of example applications of a biometric identification appliance reader/verifier. In particular, FIG. **34**A is a representative illustration of an example embodiment of a biometric turnstile system. The turnstile system allows authorized personnel to pass between the turnstile arm **328** and a post **319**. Device **318** may emit beams **322** that are used to detect whether anyone is at the turnstile arm, or trying to go under the turnstile arm **328**. The device **318** may include a reader/verifier of identification appliances. When a person wearing an identification appliance approaches the turnstile arm **328**, the beams **322** detect the person and read identifying information, such as biometric data, from the identification appliance. If the identifying information gives the wearer the privilege or authority to pass, the turnstile arm **328** may be rotated out of the way to permit the wearer to pass. If, however, the wearer lacks the privilege to pass, an optional visible alarm system **320** and/or audible alarm system **332** may indicate that an unauthorized person is present.

FIG. **34**B is a representative illustration of the details of an alternative biometric turnstile arm that may be used in FIG. **34**A. The turnstile arm comprises a biometric sensor **312**, a grip **314** with an optional built-in biometric sensor and an interrogator **316**. The turnstile arm has an axis **330** of rotation. The biometric sensor **312** may be any of the biometric sensors known to those of skill in the art of biometrics and those described in this disclosure. The interrogator **316** communicates, such as by radio frequency, to the identification appliance in order to obtain identifying biometric data stored in the appliance. An optional indicator or alarm system may provide an audible, visible, or other perceptible indication as to, for example, whether the biometric data obtained by the biometric sensor **312** matches the stored biometric data obtained from the identification appliance.

FIG. **34**C is a representative illustration of another example embodiment of an biometric gate. A turnstile **326** prevents people from entering a restricted area, such as a secure area or an amusement park. The turnstile includes a curved interrogator **324**, which in the alternative, may have any suitable shape for reading a person's identification appliance. In the example illustrated in FIG. **34**C, a person wanting to gain access inserts his identification appliance, such as an identification wristband, into the vicinity of the interrogator **324**. The interrogator **324** communicates, such as by radio frequency, to the identification appliance in order to obtain identifying biometric data stored in the appliance. The turnstile may include an biometric sensor **325** that obtains the person's biometric data (e.g., fingerprint, iris, retina scan). The interrogator **324** compares the person's biometric data from the biometric sensor **325** and compares the data to the biometric data obtained from the identification appliance. An optional indicator or alarm system may provide an audible, visible, or other perceptible indication as to whether there is a match or non-match of biometric data.

FIG. **35** is a representative illustration of an example embodiment of an improved secure identification appliance, such as an identification band, with electronic tamper detection. The example identification appliance has an elongate body **342**, a first patch of a plurality of conductive contacts **344**, a second patch of a plurality of conductive contacts **346** and a securing device **347**. When the securing device **347** is closed (to fasten the identification appliance to a wearer), a physical and electrical contact is formed between contacts **344** and **346**. The groups of contacts **344**, **346** may be formed in patterns such that when the identification appliance is secured by device **347**, the resulting pattern of closed electrical contacts may be random or unpredictable. Circuitry **348**

that may be embedded, printed, deposited, or otherwise placed in or on the band **342** monitors whether the electrical contact is open or closed. If a closed electrical contact is opened, the circuit **348** determines that the identification appliance has been tampered with or removed. Optionally, the identification appliance may have an indicator to indicate the status of the identification appliance.

FIG. **36** is a representative illustration of an example embodiment of an improved secure identification appliance, such as an identification band, with electronic tamper detection using conductive or non-conductive glue. The example identification appliance comprises an elongate body **358**, a first patch of a plurality of conductive contacts **360**, and a second patch of a plurality of conductive contacts **362** that mates with the first patch of contacts **360** to form a closed electrical circuit when the band **358** is closed. Circuitry **364**, which may be embedded, printed, deposited, or otherwise placed in or on the band **358** monitors whether the electrical circuits are open or closed. An adhesive gel **366** may be used to close or fasten the ends of the band **358** together. The adhesive **366** may be conductive or nonconductive. As with the embodiment of FIG. **35**, the groups of contacts may be closed in a random or unpredictable pattern.

FIG. **37** is a representative illustration of an example embodiment of an airport security system **500** that uses an improved secure identification appliance, such as an identification band. A user or passenger **502** obtains an identification appliance **504**, such as a wristband, from an authorized person or agency, such as the ticket counter. When the passenger **502** checks in baggage at the ticket counter or curbside check-in **506**, an identification band ("bag band") **508** is put on the baggage. The bag band **508** identifies the baggage and its owner so that when the passenger **502** goes to the baggage claim **510** to claim the baggage, corresponding data in the bag band **508** and passenger's identification appliance **504** must match. One way to determine whether there is a match is to use a band reader **512**. The band reader **512** reads both the bag band **508** and passenger's identification appliance **504** and determines whether there is a match and optionally, whether there is any evidence of tampering of either. When the passenger **502** goes to the airline gate terminal **514**, there may be another optional band reader to verify the identity of the passenger **502**. Likewise, when the passenger **502** is about to board the aircraft **516**, another optional band reader may verify the identity of the passenger **502** again. Throughout the airport, terminal, gates, restaurants, baggage areas and restrooms, there may be sensors **518** that detect and read any identification appliances **504** in their vicinity. A central airport system **520** may be coupled to the sensors **518** and band readers **512** so that the system **520** can track the whereabouts of each passenger.

FIG. **38** is a representative illustration of another example embodiment of an airport security system **500** that uses an improved secure identification appliance, such as an identification band. FIG. **38** illustrates an example checkin, departure and arrival process based on the airport security system **500**. The left side of FIG. **38** depicts a passenger **502** and his baggage **505** prior to check-in and departure. The middle section shows the check-in and departure process. The right side of FIG. **38** illustrates the arrival process. Again, the passenger **502** obtains an identification appliance **504**, such as a wristband, from an authorized person or agency, at the ticket counter or curbside check-in. When the passenger **502** checks in baggage **505** at the ticket counter or curbside check-in, a bag band machine **507** creates a bag band **508** for the baggage **505** and an identification band **504** for the passenger **502**. Alternatively, the bag band machine **507** may be a bag band

**25**

reader. As before, the bag band **508** identifies the baggage and its owner. A baggage routing system **522** uses the bag bands to identify baggage and other information necessary to route the baggage to its destination. Optional band readers **512** and sensors **518** may be placed at the gate **514**, entry to or exit from the airplane **516**, baggage claim **510** and any other area in the airport facility. The central airport system **520** may be coupled to the sensors **518** and band readers **512** so that the system **520** can track the whereabouts of each passenger as well as baggage. The central airport system **520** may be connected, if desired, to an international airport computer network **524** so that information is shared with other airports. The shared information may include an airport's information about passengers at the airport as well as international databases about known terrorists, fingerprints, etc. Thus, if airports detect that a group of known terrorists have entered into various airports at similar times, this fact can be made available to the proper authorities such as the FBI. As another example, if an airport detects the presence of several known terrorists in the airport, the airport can enter a security mode, delay flights alert the appropriate authorities, and track the terrorists. Upon arrival, the passenger **502** leaves the airplane and enters the gate **514**. Again, a band reader **512** or sensor **518** may detect and ascertain the identity of the passenger **502** as he walks to the baggage claim **510**. When the passenger **502** goes to the baggage claim **510** to claim his baggage **505**, the bag band **508** and passenger's identification appliance **504** must match. A band reader **512** may be used to read the bag band **508** and the identification band **504**. Alternatively, if bag band machine **507** is adapted to read bag bands, the bag band reader reads the bag band **508** and another band reader reads the identification band **504**. The identification band **504** and bag band **508** may be deactivated upon completion of the travel event.

Any of the identification appliance embodiments may be used also by immigration officials. There are situations in which the security of a remotely readable identification appliance and data carrier require that the identification appliance can only be secured to the person by an authorized person or agency, and once secured to the person being identified, cannot be removed or its data used except by an authorized party or agency. Accordingly, the improved identification appliance can be supplied by U.S. Embassies or corresponding agencies throughout the world, which identification appliance can be encoded or encrypted with the identification and/or biometric features of the lawful bearer. The immigration authorities can read the identification appliances at the port of entry or authorized check points and compare the information retrieved from the identification appliances to information stored in their database and to biometric information obtained at the present location.

The identification appliance can be in the form of a single or multiple, detachable RFID/biometric labels that could then be detached and used to be affixed to paperwork, including a place in the Passport near the Visa seal, and that could be read and removed upon departure in order to update and close open files on visitors to the U.S., such as temporary workers, students, business visas and tourists. With regard to the immigration Green Cards issued to lawfully admitted residents, the identification appliance can be in the form of a temporary RFID/biometrics technology based label or card that identifies the bearer between the time of entry or admission to the U.S., and the mailing of the permanent card to the legal alien.

An additional use for the identification appliance would be to identify applicants for driver's licenses throughout the country. Driver's licenses are restricted to applicants who have proper and lawful identification that proves either proper

**26**

citizenship or legal resident status. Exceptions are people with business visas on a temporary stay, some temporary working visas and perhaps people under student visas. An identification appliance with biometrics can be used to prove a person's identity and right to apply for a driver's license.

In any of the embodiments, the identification appliance may include optional structures and features, such as any of the features described below. For example, the communication circuit may perform a communication function of any type and frequency, can communicate passively such as a transponder and/or actively by initiating communications, and can use low or high frequencies. The identification appliance may operate in the low frequency, high frequency, UHF, SHF, or microwave radio bands.

The identification appliance may be attached to an article in which a circuit in the identification appliance performs an optional electronic article surveillance (EAS) function, for example, to prevent the theft of the article. The EAS function does not transmit an identification code, but enables a reader to detect if the identification appliance is near the reader, for example, at the entry or exit to a retail store or building.

The identification appliance may provide its location to another device, for example, over a small area (e.g., a room or a building) or a large area (e.g., countrywide or worldwide). Such location information may be provided with a varying degree of accuracy such as with a less than 1 meter uncertainty to a greater than 1 kilometer uncertainty. The location function may be accomplished by calculations derived by the identification appliance of signals received by it (such as from a Global Positioning System or a Local Positioning System), or the location may be derived externally to the identification band, such as by a matrix of RF receivers responding to the strength or timing of reception of signals received from the identification band.

Optionally, the identification appliance may receive a command from a wireless communication system or network. The wireless communication system may transmit the command to a single identification appliances, to all identification appliances within range, or to a subset of identification appliances. The command may be any kind of command. The command can change any operating characteristic or function of the identification appliance, or cause the identification appliance to execute any set of instructions. For instance, the command can change any human perceptible indicator in the improved identification appliance such as the display, light, audible signal generator, vibrator and the like. As another example, the command may change the frequency at which information is received and/or transmitted between the identification appliance and an external communication system or network. By changing the frequency of transmission or reception, the identification appliance can reduce interference with other identification appliances in the area when the identification appliance is communicating wirelessly with an external device. As yet another example, the command may change the ability of the identification appliance to receive and/or transmit data, the validity of data in the identification appliance, a password to communicate with the identification appliance, the level or type of encryption of data, the expiration of the identification appliance (e.g., the identification appliance is deemed invalid after it expires), a characteristic in the communications protocol (e.g., baud rate or speed of communications, error correction format, communication header format) so that the identification appliance can be able to communicate with different types of communication networks, and virtually any other operating characteristic or function. The command may also optionally give privileges to the improved identification appliance that the wearer of the

identification appliance did not have previously. For example, a wireless communication network may permit the wearer of an improved identification appliance to enter a restricted area, where the permission is time-sensitive and time-limited (e.g., the permission begins at a certain time and expires at a certain time).

In the foregoing specification, the invention has been described with reference to specific embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention. For example, the reader is to understand that the specific ordering and combination of process actions shown in the process flow diagrams described herein is merely illustrative, and the invention can be performed using different or additional process actions, or a different combination or ordering of process actions. As another example, each feature of one embodiment can be mixed and matched with other features shown in other embodiments. Features and processes known to those of ordinary skill in the art of identification appliances may similarly be incorporated as desired. Additionally and obviously, features may be added or subtracted as desired. Accordingly, the invention is not to be restricted except in light of the attached claims and their equivalents.

What is claimed is:

**1**. An identification appliance adapted to provide information about a person, the identification appliance comprising:
- a structure adapted to be worn by or attached to the person, the structure comprising an elongate portion having first and second opposing ends;
- a circuit disposed in or on the structure, the circuit adapted to receive biometric information about the person from a source external to the identification appliance;
- a first connector comprising a first electrical node coupled to the circuit;
- a second connector comprising a second electrical node coupled to the circuit, wherein the first and second connectors are sized for removable attachment with one another such that the circuit is activated when first and second connectors are attached and the circuit is deactivated when the first and second connectors are detached; and
- a data storage device adapted to store the biometric information;
- wherein the circuit is further configured to erase the biometric information stored on the data storage device in response to disengagement of the first and second connectors and configured to store biometric information on the data storage device in response to re-engagement of the first and second connectors after said disengagement.

**2**. The identification appliance of claim **1** wherein the data storage device is a memory and the circuit is adapted to erase the biometric information in the memory if the circuit determines that the identification appliance has been tampered with.

**3**. The identification appliance of claim **1** wherein the data storage device is adapted to store the biometric information and additional information associated with the person.

**4**. The identification appliance of claim **1**, wherein the biometric information is received via radio frequency communications from a source external to the identification appliance.

**5**. The identification appliance of claim **1**, further comprising a jack for receiving a physical communication medium configured to carry data representative of the biometric information to the identification appliance.

**6**. The identification appliance of claim **1**, wherein the biometric information comprises digital data representative of one or more of a photograph, a fingerprint, a retina, an iris, a face, or a DNA of the person.

**7**. A method comprising:
- providing a structure adapted to be attached to a person, the structure comprising first and second opposing ends configured for engagement in order to secure the structure to the person, wherein the structure comprises a circuit configured to receive and store biometric information about the person when the circuit is in an active state;
- engaging the first and second ends of the structure such that a first electrical contact positioned in the first end of the structure electrically contacts a second electrical contact positioned in the second end of the structure, wherein electrical contact of the first and second electrical contacts causes the circuit to be in the active state; and
- disengaging the first and second ends of the structure such that the first electrical contact and the second electrical contact are not in electrical contact, wherein the lack of electrical contact of the first and second electrical contacts causes the circuit to erase the biometric information about the person and causes the circuit to be in an inactive state;
- re-engaging the first and second ends of the structure such that the first electrical contact positioned in the first end of the structure electrically contacts the second electrical contact positioned in the second end of the structure, wherein electrical contact of the first and second electrical contacts causes the circuit to be in the active state, and wherein the biometric information about the person is not stored on the structure in response to said re-engaging.

**8**. The method of claim **7**, wherein in the active state the biometric information is selectively transmitted to authorized requesting devices.

**9**. The method of claim **7**, wherein the biometric information is transmitted to an authorized requesting device in response to receiving a request for the biometric information from the authorized requesting devices.

**10**. The method of claim **7**, wherein the circuit is configured to store new biometric information received from an external device after re-engaging the first and second ends of the structure.

**11**. A system for identifying a person comprising:
- attachment means for attaching an identification apparatus to a person, the attachment means comprising
  - a circuit configured to receive and store biometric information about the person when the circuit is in an active state, and
  - first and second connectors configured for engagement in order to secure the identification apparatus to the person, wherein in response to engagement of the first and second connectors, the circuit is in the active state, and in response to disengagement of the first and second connectors, the circuit erases the biometric information about the person and causes the circuit to be in an inactive state;
- wherein the circuit is further configured to return to the active state in response to re-engagement of the first and second connectors after the circuit has been placed in the inactive state in response to disengagement of the first and second connectors, such that the circuit is configured to store new biometric information received from an external device after returning to the active state.

**12**. The system of claim **11**, wherein the attachment means comprises a first connector and a second connector configured for engagement with one another in order to attach the identification apparatus to the person, wherein the first connector comprises a first electrical contact and the second connector comprises a second electrical contact.

**13**. An identification appliance comprising:

a structure adapted to be coupled to a person;

a circuit disposed in or on the structure and configured to receive biometric information about the person;

first and second connectors sized for removable attachment with one another and configured so that the circuit is activated when first and second connectors are attached and the circuit is deactivated when the first and second connectors are detached; and

a memory configured to store the biometric information;

wherein the circuit is configured to erase at least the biometric information stored on the memory in response to detachment of the first and second connectors and to receive biometric information for storage on the memory after re-engagement of the first and second connectors.

**14**. The identification appliance of claim **13**, wherein the first connector comprises a first electrical contact and the second connector comprises a second electrical contact.

**15**. The identification appliance of claim **13**, wherein the structure comprises an elongate portion having first and second opposing ends, and an attachment portion extending substantially perpendicular from the first end of the elongate portion.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,849,619 B2                                    Page 1 of 2
APPLICATION NO.  : 11/060033
DATED                   : December 14, 2010
INVENTOR(S)        : Mosher, Jr. et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, item (76), under "Inventors", in Column 1, Line 4, delete "Encintas," and insert
-- Encinitas, --.

Page 3, item (56), under "Other Publications", in Column 2, Line 3, delete "Bitzer" and insert
-- Blitzer --.



Sheet 2 of 15, Figure 6, delete "                                            " and insert



--                                    --.

Column 6, line 38, delete "other" and insert -- In other --.

Column 7, line 7, delete "incorporated" and insert -- hereby incorporated herein --.

Column 7, line 40, delete "capacitative" and insert -- capacitive --.

Column 11, line 3, delete "second end 735," and insert -- second end 732, --.

Column 13, line 28, delete "intermittantly," and insert -- intermittently, --.

Signed and Sealed this
Seventh Day of June, 2011

David J. Kappos
Director of the United States Patent and Trademark Office

**CERTIFICATE OF CORRECTION (continued)**                                    Page 2 of 2
**U.S. Pat. No. 7,849,619 B2**

Column 18, line 32, delete "incorporated" and insert -- hereby incorporated herein --.

Column 20, line 51, delete "214" and insert -- 212 --.

Column 20, line 52, delete "218" and insert -- 214 --.

Column 24, line 55, delete "checkin," and insert -- check-in, --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,849,619 B2                                    Page 1 of 1
APPLICATION NO.     : 11/060033
DATED               : December 14, 2010
INVENTOR(S)         : Mosher et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, item (63) insert --, Continuation of application No. 10/101,219, now Pat. No.

7,204,425, filed on March 18, 2002--.

Signed and Sealed this
Twentieth Day of September, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*